# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

April 17, 2020

**VIA CM/ECF**
Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street.
New York, New York 10007-1312

*The conference scheduled for May 27, 2020 is adjourned to July 1, 2020 at 9:30 a.m.*

*SO ORDERED*

*George B. Daniels*
*HON. GEORGE B. DANIELS*

Re: **Vuppala v. Upright Holdings 547 LLC., Et al.,**
    **Case 1:19-cv-04231-GBD**

Dear Judge Daniels:

The undersigned represents the Plaintiff in the above-captioned case matter.

Due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure/"PAUSE" of non-essential public businesses in New York City, which has adversely affected the business in this matter, it is very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

Therefore, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any potential Conference in this matter, which would also coincide with the recent New York "PAUSE" extension until May 15, 2020. The undersigned attempted to confer with opposing counsel, who at the time of this filing has not been able to advise Plaintiff of his consent or objection. Counsel for Defendants, Adam Wilner, contacted counsel a while back and Plaintiff and counsel have had a preliminary settlement discussion. Nonetheless, counsel has not filed a formal appearance to date.

The Court may wish to note that this is undersigned counsel's second request to stay this matter. Thank you for your consideration of this unfortunate, but necessary request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Tel.: (305) 949-7777
    Fax: (305) 704-3877
    Email: bbw@weitzfirm.com