UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

KIRAN VUPPALA,

                  Plaintiff,

   -against-

UPRIGHT HOLDINGS 547 LLC, *d/b/a Upright Brew House-NYC West Village*, et al.

                  Defendants.

------------------------------------- x

ORDER

19 Civ. 4231 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference is adjourned from July 1, 2020 to September 23, 2020 at 9:30 am.

Dated: New York, New York
      June 8, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge