UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
KIRAN VUPPALA,

                        Plaintiff,

      -against-

UPRIGHT HOLDINGS 547 LLC, *d/b/a Upright Brew House-NYC West Village*, et al.

                      Defendants.
------------------------------------- x

ORDER

19 Civ. 4231 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The conference is adjourned from September 23, 2020 to December 16, 2020 at 9:45 am.

Dated: New York, New York
       September 14, 2020

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      United States District Judge