UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

KIRAN VUPPALA,

                        Plaintiff,

      -against-

UPRIGHT HOLDINGS 547 LLC, *d/b/a Upright Brew House-NYC West Village*, et al.

                        Defendants.

------------------------------------- x

ORDER

19 Civ. 4231 (GBD)

GEORGE B. DANIELS, United States District Judge:

The December 16, 2020 conference is canceled, in light of this Court's referral to Magistrate Judge Barbara C. Moses for General Pretrial. The Clerk of Court is directed to close the letter motion at ECF No. 18.

Dated: New York, New York
         December 10, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge