UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

KIRAN VUPPALA,

        Plaintiff,

    -against-

UPRIGHT HOLDINGS 547 LLC, *d/b/a Upright Brew House-NYC West Village*, et al.

        Defendants.

------------------------------------x

ORDER

19 Civ. 4231 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
      March 9, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge